# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **DERRICK L. WILLIAMS,** | ) | |
| | ) | |
| **PETITIONER,** | ) | |
| | ) | |
| v. | ) | **2:10-CV-446-VEH-PWG** |
| | ) | |
| **THE STATE OF ALABAMA, et. al.** | ) | |
| | ) | |
| **RESPONDENTS** | ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed findings and recommendation on August 9, 2011, recommending that the petition for writ of habeas corpus be denied. On August 17, 2011 petitioner filed objections to the findings and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation and the objections filed by the petitioner, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the petition for writ of habeas corpus is due to be **DENIED**.  A Final Judgment will be entered.

**DONE** and **ORDERED** this the 18th day of 2011.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge